505 A.2d 599

**COUNCIL OF MIDDLETOWN TOWNSHIP, DELAWARE COUNTY, Pennsylvania, Petitioner,**

**v.**

**Alice S. BENHAM, Co-Executrix and Mary Christine Moran, Co-Executrix of the Estate of Grant J. Benham.**

Supreme Court of Pennsylvania.

Feb. 20, 1986.

Petition for Allowance of Appeal GRANTED, No. 26 E.D. Appeal Docket 1986.